ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net
lrobinson@psalaw.net

*Attorneys for Defendant*
*Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WEIL, an individual<br><br>                    Plaintiff,<br><br>vs.<br><br>WALMART INC., a Foreign Corporation, and<br>ROE ENTITIES I - X, inclusive,<br><br>                    Defendant(s). | Case No.: 2:21-cv-01631-JAD-EJY<br><br>**STIPULATION AND ORDER**<br>**EXTENDING TIME TO FILE**<br>**OPPOSITION TO PLAINTIFF'S LINDA**<br>**WEIL'S MOTION FOR PARTIAL**<br>**SUMMARY JUDGMENT [ECF 15]**<br><br>**[FIRST REQUEST]**<br><br>ECF No. 17 |

Plaintiff LINDA WEIL (hereinafter "Plaintiff") and Defendant WALMART INC.  (hereinafter "Defendant" or "Walmart"), by and through their respective counsel of record, do hereby stipulate and jointly request that the court approve extensions of time for Defendant to file their response to Plaintiff's Linda Weil Motion for Partial Summary Judgment [ECF 15] filed on March 4, 2022. Defendant's response was due on March 25, 2022. This is the first request for an extension of time to oppose the Motion.

1    Due to unforeseen health issues of Defense counsel's family, the parties stipulate that the

2    deadlines for filing an opposition to Plaintiff's Motion for Partial Summary Judgment [ECF 15] shall

3    be extended to and through April 1, 2022.  The parties aver that this is the first stipulation for an

4    extension of time with respect to this Motion, that the requested extension will not alter any date

5    previously set by the Court in this matter, and this request is made in good faith and not for purposes of

6    delay.

7        IT IS HEREBY STIPULATED AND AGREED as follows:

8        (1) Defendant Walmart's Inc. Opposition to Plaintiff Linda Weil Motion for Partial Summary

9            Judgment [ECF 15] shall be due **April 1, 2022**.

10

11

12   DATED this 25ᵗʰ day of March, 2022.          DATED this 25ᵗʰ day of March, 2022.

13   **LAGOMARSINO LAW**                          **PHILLIPS, SPALLAS & ANGSTADT LLC**

14   */s/ Cory Ford*                              */s/ Latisha Robinson*

15   _____           _____
     ANDRE LAGOMARSINO, ESQ.                      ROBERT K. PHILLIPS, ESQ.
     Nevada Bar No. 6711                          Nevada Bar No. 11441
16   CORY M. FORD, ESQ.                           TIMOTHY D. KUHLS, ESQ.
     Nevada Bar No. 15042                         Nevada Bar No. 13362
17   3005 W. Horizon Ridge Pkwy., #241            LATISHA ROBINSON, ESQ.
     Henderson, NV 89052                          Nevada Bar No. 15314
18                                                504 South Ninth Street

19   *Attorneys for Plaintiff*                    Las Vegas, NV 89101
     *Linda Weil*
20                                                *Attorneys for Defendant*
                                                  *Walmart Inc.*
21

22
         **IT IS SO ORDERED:**
23
                                                 _____
24                                               **UNITED STATES DISTRICT JUDGE**

25
                                                       4-1-22
26               **DATED:**_____

27

28