1 | ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
2 | TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
3 | LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
4 | **PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
5 | Las Vegas, Nevada 89101
(702) 938-1510
6 | (702) 938-1511 (Fax)
rphillips@psalaw.net
7 | tkuhls@psalaw.net
lrobinson@psalaw.net
8 |
*Attorneys for Defendant*
9 | *Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| LINDA WEIL, an individual | Case No.: 2:21-cv-01631-JAD-EJY |
|---|---|
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | |
| WALMART INC., a Foreign Corporation, and ROE ENTITIES I - X, inclusive, | |
| Defendants. | |

COMES NOW, Defendant WALMART INC. ("Defendants" or "Walmart"), who hereby substitutes TROY A. CLARK, ESQ., of the law firm of RESNICK & LOUIS, P.C., as its counsel of record in place and stead of ROBERT K. PHILLIPS, ESQ., TIMOTHY D. KUHLS, ESQ. and LATISHA ROBINSON, ESQ. of PHILLIPS, SPALLAS & ANGSTADT LLC. Defendant asserts the attorneys from PHILLIPS, SPALLAS & ANGSTADT LLC shall be removed from the electronic service list in this matter.

WHEREAS, Defendant asserts TROY A. CLARK of RESNICK & LOUIS, P.C., 8925 W. Russell Road, Ste. 220, Las Vegas, Nevada 89148, Phone: (702) 997-3802, tclark@rlattorneys.com, be substituted as counsel for Defendant and added to the electronic service list in this case;

WHEREAS, the attorneys from PHILLIPS, SPALLAS & ANGSTADT LLC agree to the withdraw and substitution; and

- 1 -

1  WHEREAS, TROY A. CLARK, ESQ., the attorney from RESNICK & LOUIS, P.C., agrees to be substituted as counsel for Defendant.

DATED this 4th day of April 2022.

**RESNICK & LOUIS, P.C.**

/s/ Troy A. Clark
_____
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
8925 W. Russell Road, Ste. 220
Las Vegas, NV 89148

*Attorneys for Defendant*
*Walmart Inc.*

DATED this 4th day of April 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Timothy D. Kuhls
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
504 S. 9th Street
Las Vegas, NV 89101

*Attorneys for Defendant*
*Walmart Inc.*

DATED this 4th day of April 2022.

**WALMART INC.**

/s/ Matthew Burgess
_____
MATTHEW BURGESS, ESQ.
Senior Counsel
702 Southwest 8th Street
Bentonville, AR 72716

## ORDER

The terms of the above substitution of counsel shall hereby be the ORDER of this Court. TROY A. CLARK, ESQ., of the law firm of RESNICK & LOUIS, P.C., is hereby substituted in as counsel of record for Defendant, Walmart Inc., in place and stead of ROBERT K. PHILLIPS, ESQ., TIMOTHY D. KUHLS, ESQ. and LATISHA ROBINSON, ESQ. of PHILLIPS, SPALLAS & ANGSTADT LLC. Attorneys TROY A. CLARK, ESQ., of the law firm of RESNICK & LOUIS, P.C., shall be added to the service list.

**IT IS SO ORDERED.**

Dated: April 4th, 2022

_____
U.S MAGISTRATE JUDGE