**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CORY M. FORD, ESQ.
Nevada Bar No. 15042
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Linda Weil*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WEIL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a Foreign Corporation, and ROE ENTITIES I – X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01631-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR (ECF NO. 34)**<br><br>(First Request) |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff LINDA WEIL ("Plaintiff") and Defendant WALMART INC. ("Defendant"), by and through their counsel of record, hereby stipulate and agree to take that the court approve the extension of time for Plaintiff to file her response to Defendant's Motion For Summary Judgment [ECF No. 34] filed on July 1, 2022. Plaintiff's response is currently due on July 22, 2022. This is the first request for an extension of time to oppose the Motion.

Plaintiff's counsel, which is a small firm of only two attorneys, is currently preparing for a two-week long trial in the United States District Court, District of Nevada, Case No.2:17-cv-00880-JCM-VCF, which is on stack and very likely to go on August 8, 2022. Additionally, the head paralegal at Plaintiff's firm is on maternity leave and has been since April 20, 2022, and the firm's office manager is currently out with COVID-19. As a result, Plaintiff's firm has been significantly hindered in its ability to devote adequate time to drafting a response due to trial preparations and

being short staffed. The parties aver that this is the first stipulation for an extension of time with respect to this Motion, that the requested extension will not alter any date previously set by the Court in this matter, and this request is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be due **August 5, 2022**.

DATED this 15th day of July, 2022

**LAGOMARSINO LAW**

 /s/ Cory M. Ford
ANDRE LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, NV 89052
*Attorneys for Plaintiff Linda Weil*

DATED this 15th day of July, 2022

**RESNICK & LOUIS P.C.**

   /s/ Matthew B. Beckstead
TROY A. CLARK, ESQ.
MATTHEW B. BECKSTEAD, ESQ.
8925 W. Russell Road, Ste. 220
Las Vegas, NV 89148
*Attorney for Defendant Walmart Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 19, 2022