1

**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.

2
Nevada Bar No. 11361

3
tclark@rlattorneys.com
MATTHEW B. BECKSTEAD, ESQ.

4
Nevada Bar No: 14168
mbeckstead@rlattorneys.com

5
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148

6
Telephone: (702) 997-3800
Facsimile:  (702) 997-3800

7
*Attorneys for Defendant Walmart, Inc.*

8                        **UNITED STATE DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10   LINDA WEIL,                          CASE NO.: 2:21-cv-01631-JAD-EJY

11                 Plaintiff,

12   vs.                                  **STIPULATION AND ORDER TO
                                          EXTEND BRIEFING DEADLINES**

13   WALMART, INC., a Foreign Corporation;
     ROE ENTITIES I-X, inclusive,         **(FIRST REQUEST)**

14

15                 Defendants.

16

17          COME NOW Defendant WALMART, INC. ("Defendant"), by and through its counsel of

18   record TROY A. CLARK, ESQ., and MATTHEW B. BECKSTEAD, ESQ., of the law firm

19   RESNICK & LOUIS, P.C., and Plaintiff LINDA WEIL ("Plaintiff"), by and through her counsel

20   of record, ANDRE M. LAGOMARSINO, ESQ., and CORY M. FORD, ESQ., of the law firm of

21   LAGOMARSINO LAW, and do hereby stipulate to extend the briefing deadline for the Reply

22   briefs pertaining to Defendant's Countermotion for Fees and Costs and to the Extent It Is

23   Necessary, Walmart, Inc.'s Countermotion to Withdraw Deemed Admissions that was filed on

24   April 4, 2022 [ECF No. 23]. Pursuant to the Local Rule IA 6-1(b), the parties hereby aver that

25   this is the parties' first such extension requested regarding this subject. The parties are requesting

26   a deadline of 7 days from the entry of the Court's entry of this Order, should the Court grant it.

27          Plaintiff filed Plaintiff's Partial Motion for Summary Judgment on March 4, 2022 [ECF

28

No. 13].[1] The Court granted the parties' Stipulation and Order Extending Time to File Opposition to Plaintiff's Linda Weil's [sic] Motion for Partial Summary Judgment [ECF 13] on April 1, 2022, extending the deadline to file an Opposition to April 1, 2022 [ECF 20]. Defendant's current counsel of record substituted in as counsel of record by of this Court's Order granting the Substitution of Counsel entered on April 4, 2022. [ECF No. 25]. April 4th was the same day the Defendant's prior counsel filed the Defendant's Countermotion for Fees and Costs and to the Extent It Is Necessary, Walmart's Countermotion to Withdraw Deemed Admissions [ECF Nos. 22 and 23]. Mr. Beckstead, lead associate counsel for Defendant in this matter, was inadvertently omitted, at first, from the electronic service list for this matter by defense counsel's firm during the transition. As a result, Mr. Beckstead was not affirmatively notified of Plaintiff's Oppositions to Walmart's Countermotions for Fees and Costs and to Withdraw Deemed Admissions filed on April 15, 2022, when they were filed [ECF Nos. 30 and 31]. Accordingly, the parties are hereby seeking the Court's order allowing 7 days' time for Defendant to file its reply briefs.

///

///

///

///

///

///

///

///

///

///

///

///

---

[1] This Motion was also filed as ECF No. 15, but the Court docket appears to contain a statement from the Clerk of the Court reading, "This Motion appears to be duplicate of ECF No. 13. Motion terminated and linked to Motion 13 for court review." The Court made a similar entry pertaining to the Appendices filed as ECF 14 and 16.

1    The parties hereby stipulate that the reply briefs shall be limited to the arguments already

2  made in the countermotions and oppositions, in a manner consistent with controlling case law.

3  *See Autotel v. Nevada Bell Tel. Co.*, 697 F.3d 846, 852 n.3 (9th Cir. 2012) ("[A]rguments raised

4  for the first time in reply brief are waived."). The parties also stipulate that Defendant will only

5  utilize evidence and information that was available at the time of the original filing deadline for

6  the two reply briefs.

7

8    Dated this 27th day of July 2022              Dated this 27th day of July 2022

9    **RESNICK & LOUIS, P.C.**                     **LAGOMARSINO LAW**

10

11    */s/ Matthew B. Beckstead*                   */s/ Cory M. Ford*

12    TROY A. CLARK, ESQ.                          ANDRE M. LAGOMARSINO, ESQ.
      Nevada Bar No. 11361                         Nevada Bar No. 6711

13    MATTHEW B. BECKSTEAD, ESQ.                    CORY M. FORD, ESQ.
      Nevada Bar No. 14168                         Nevada Bar No. 15042

14    8925 West Russell Road, Suite 220            3005 W. Horizon Ridge Pkwy., #241
      Las Vegas, Nevada 89148                      Henderson, Nevada 89052

15    *Attorneys for Defendant Walmart, Inc.*      *Attorneys for Plaintiff Linda Weil*

16

17

18        **IT IS SO ORDERED:**

19

20        **UNITED STATES MAGISTRATE JUDGE**

21        **DATED**: July 28, 2022

22

23

24

25

26

27

28

3