**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Linda Weil*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA WEIL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a Foreign Corporation, and ROE ENTITIES I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01631-JAD-EJY<br><br>**STIPULATION AND ORDER TO REQUEST THE JOINT PRETRIAL ORDER BE SUSPENDED UNTIL 30 DAYS AFTER THE DECISION ON THE DISPOSITIVE MOTIONS OR FURTHER ORDER OF THIS COURT PURSUANT TO LR 26(1)(B)(5)**<br><br>**(Second Request)**<br><br>ECF No.39 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff LINDA WEIL ("Plaintiff") and Defendant, WALMART INC. ("Defendant"), by and through their counsel of record, hereby stipulate and agree that both parties have filed dispositive motions (*See* ECF Nos. 15 and 34), in which case the parties request the date for filing the Joint Pretrial Order, which is currently set for **August 1, 2022**[1], be suspended until 30 days after the decision on the dispositive motions or further order of this Court pursuant to LR 26(1)(b)(5). The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order.

The parties hereby aver that this is the first such extension requested in this matter and good cause exist with respect to suspending the Joint Pretrial Order until 30 days after the decision

---

[1] Out of abundance of caution, the parties have brought this request as FRCP 26(1)(b)(5) was not articulated in Joint Pretrial Order deadline set forth in the Stipulation and Order to Extend Discovery (First Request). *See* ECF No. 12.

on the dispositive motions or further order of this Court pursuant to LR 26(1)(b)(5).  The parties have acted in good faith in bringing this request and have no intent, nor reason, to delay the resolution of this matter.

DATED this 29th day of July, 2022

**LAGOMARSINO LAW**

 /s/ Cory Ford
ANDRE LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, NV 89052
*Attorneys for Plaintiff Linda Weil*

DATED this 29th day of July, 2022

**RESNICK & LOUIS P.C.**

 /s/ Matthew Beckstead
TROY A. CLARK, ESQ. (#11361)
MATTHEW B. BECKSTEAD, ESQ. (#14168)
8925 W. Russell Road, Ste. 220
Las Vegas, NV 89148
*Attorney for Defendant Walmart Inc.*

**IT IS SO ORDERED.**

_____
**U.S. District Judge Jennifer A. Dorsey**
**Dated: August 4, 2022**