**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Linda Weil*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA WEIL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a Foreign Corporation, and ROE ENTITIES I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01631-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION (ECF NO. 47)**<br><br>**(First Request)** |

Plaintiff LINDA WEIL ("Plaintiff") and Defendant WALMART INC. ("Defendant"), by and through their counsel of record, hereby stipulate and request that this Court extend the deadline for Plaintiff to file her Opposition to Defendant's Motion for Reconsideration [ECF No. 47] ten (10) days, up to and including Thursday, February 2, 2023.

Plaintiff's counsel, which is a small firm of only three attorneys, had a seven-day long bench trial before the Honorable Judge Gordon, in the matter of *Kennedy et al. v. Las Vegas Sands Corp. et al*. 2:17-cv-200880-APG-VCF, which started on January 5, 2023. The Honorable Judge Gordon instructed both Plaintiffs' and Defendants' counsel to give all the younger associate attorneys an active role in the trial. Closing statements for that trial are scheduled for January 20, 2023. As a result, Plaintiff's firm has been significantly hindered in its ability to devote adequate time to drafting a response due to trial and trial preparations as well as now being occupied with multiple depositions during this week and the following week of January 23, 2023. The parties

aver that this is the first request for an extension of time with respect to this Motion, and this request is made in good faith and not for purposes of delay as Plaintiff's counsel has been unable to devote adequate time to drafting an opposition.

IT IS HEREBY STIPULATED AND AGREED between the parties that Plaintiff shall have up to and including February 2, 2023, to file her Opposition to Defendant's Motion for Reconsideration [ECF No. 47].

DATED this 19th day of January, 2023                        DATED this 19th day of January, 2023

**LAGOMARSINO LAW**                                          **RESNICK & LOUIS P.C.**

 /s/ Cory Ford                                               /s/ Eleanor Murphy
ANDRE LAGOMARSINO, ESQ. (#6711)                              ELEANOR MURPHY, ESQ. (#15071)
CORY M. FORD, ESQ. (#15042)                                  TROY A. CLARK, ESQ. (#11361)
3005 W. Horizon Ridge Pkwy., #241                            MATTHEW B. BECKSTEAD, ESQ. (#14168)
Henderson, NV 89052                                          8925 W. Russell Road, Ste. 220
*Attorneys for Plaintiff Linda Weil*                         Las Vegas, NV 89148
                                                             *Attorney for Defendant Walmart Inc.*

**IT IS SO ORDERED.  The opposition deadline is extended to February 2, 2023.**

DATED this 23rd day of January, 2023

_____
**UNITED STATES DISTRICT JUDGE**