**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
tclark@rlattorneys.com
emurphy@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Walmart, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WEIL, | CASE NO: 2:21-cv-01631-JAD-EJY |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW ATTORNEY, MATTHEW BECKSTEAD, ESQ., FROM THE SERVICE LIST** |
| WALMART, INC., a Foreign Corporation; ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

COMES NOW, former attorney for Defendant, WALMART, INC. ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw Matthew Beckstead, Esq. of RESNICK & LOUIS, P.C., mbeckstead@rlattorneys.com, from the electronic service list on the above-captioned matter. This Motion is made in conjunction with Defendant's Notice of Appearance of Eleanor D. Murphy, Esq., who will be substituting in for Mr. Beckstead, along with lead counsel in this case, Troy Clark. Esq., Resnick & Louis, P.C., will

/ / /

/ / /

/ / /

/ / /

1

continue its representation of Defendant Walmart, Inc., in this case.

DATED this 13th day of February, 2023.

              **RESNICK & LOUIS, P.C.**

              */s/ Eleanor D. Murphy*
              TROY A. CLARK, ESQ.
              Nevada Bar No. 11361
              ELEANOR D. MURPHY, ESQ.
              Nevada Bar No. 15071
              8925 West Russell Road, Suite 220.
              Las Vegas, NV  89148
              tclark@rlattorneys.com
              emurphy@rlattorneys.com
              Telephone: (702) 997-3800
              Facsimile: (702) 997-3800
              *Attorneys for Defendant,*
              *Walmart, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  February 13, 2023