**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
tclark@rlattorneys.com
ELEANOR D. MURPHY, ESQ.
Nevada Bar No: 15071
emurphy@rlattorneys.com
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile:  (702) 997-3800
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA WEIL,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Foreign Corporation;<br>ROE ENTITIES I-X, inclusive,<br><br>    Defendants. | CASE NO.: 2:21-cv-01631-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>**(ECF No. 53)** |

COME NOW Defendant WALMART, INC. ("Defendant"), by and through its counsel of record TROY A. CLARK, ESQ., and ELEANOR D. MURPHY, ESQ., of the law firm RESNICK & LOUIS, P.C., and Plaintiff LINDA WEIL ("Plaintiff"), by and through her counsel of record, ANDRE M. LAGOMARSINO, ESQ., and CORY M. FORD, ESQ., of the law firm of LAGOMARSINO LAW, and do hereby stipulate to extend the deadline for Defendant to file their Reply in Support of Motion for Reconsideration [ECF No. 47]. Pursuant to the Local Rule IA 6-1(b), the parties hereby aver that this is the parties' <u>second such extension requested</u> regarding this subject. The parties are requesting an extension of 7 days, up to and including, Thursday February 16, 2023.

Defendant filed their Motion for Partial Reconsideration of Order on January 9, 2023 [ECF No. 47]. The Court granted the parties' Stipulation and Order Extending Time to File Opposition to same on January 23, 2023, extending the deadline to file to February 2, 2023 [ECF

1

49]. Defendant's undersigned counsel of record substituted into this case in late January 2023 and has been working diligently to get versed in the current motion practice and trial preparation. In addition to multiple depositions during the week of February 6, 2023, defense counsel also has a hearing on Tuesday February 7, 2023 regarding discovery motions before Judge Boulware, II, in the case of *Buchna v. Walmart*, 2:21-cv-00061-RFB-DJA. Accordingly, the parties are hereby seeking the Court's order allowing an additional 7 days' time for Defendant to file its reply brief.

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendant shall have up to and including February 16, 2023, to file their Reply in Support of Motion for Reconsideration [ECF No. 47].

Dated this 7th day of February, 2023

**RESNICK & LOUIS, P.C.**

*/s/ Eleanor D. Murphy*
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148
*Attorneys for Defendant Walmart, Inc.*

Dated this 7th day of February, 2023

**LAGOMARSINO LAW**

*/s/ Andrew M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CORY M. FORD, ESQ.
Nevada Bar No. 15042
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff Linda Weil*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
2-14-23