1

2 **RESNICK & LOUIS, P.C.**
JEFFREY H. BALLIN, ESQ.
3 Nevada Bar No. 4913
ELEANOR D. MURPHY, ESQ.
4 Nevada Bar No. 15071
8925 West Russell Road, Suite 220.
5 Las Vegas, NV  89148
jballin@rlattorneys.com
6 emurphy@rlattorneys.com
Telephone: (702) 997-3800
7 Facsimile: (702) 997-3800
*Attorneys for Defendant,*
8 *Walmart, Inc.*

9            **UNITED STATES DISTRICT COURT**

10              **DISTRICT OF NEVADA**

11 LINDA WEIL,           CASE NO:  2:21-cv-01631-JAD-EJY

12             Plaintiff,    **MOTION TO APPEAR VIA**
13 vs.                   **SIMULTANEOUS AUDIOVISUAL**
                           **TRANSMISSION EQUIPMENT FOR**
14 WALMART, INC., a Foreign Corporation;   **SETTLEMENT CONFERENCE**
ROE ENTITIES I-X, inclusive,
15

16            Defendants.   **DATE: April 11, 2023**
                           **TIME: 9:00 A.M.**

17

18        Defendant, WALMART, INC., by and through its counsel, Jeffrey H. Ballin, Esq., and

19

20 Eleanor D.  Murphy, Esq. of the law firm of Resnick & Louis, P.C., hereby requests that this

21 Court grant authority to allow Defendant Walmart to appear via Simultaneous Audiovisual

22 Transmission Equipment for the Settlement Conference scheduled to commence on April 11,

23 2023 at 9:00 a.m., in the Chambers of Magistrate Judge Youchah, Room 4068, of the above

24 entitled Court. Defense counsel will be present in person however, the representative for

25 Defendant Walmart is located in Bentonville, Arkansas.

26 / / /

27 / / /

28

                                 1

As such, Defendant requests permission for said representative to appear by audiovisual means for the settlement conference.

DATED this 21st day of March, 2023.

**RESNICK & LOUIS, P.C.**

*/s/ Eleanor D. Murphy*
JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 4913
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220.
Las Vegas, NV 89148
jballin@rlattorneys.com
emurphy@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Walmart, Inc.*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Counsel for Defendant Walmart Inc. must bring to the settlement conference a computer with the necessary programming or application to allow counsel to connect with its client representative by video conference for the entirety of the settlement conference.

U.S. MAGISTRATE JUDGE

Dated: March 29, 2023

2