**RESNICK & LOUIS, P.C.**
MARK R. SMITH, ESQ.
Nevada Bar No. 11872
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
emurphy@rlattorneys.com
mrsmith@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Walmart, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WEIL, <br><br> Plaintiff, <br><br> vs. <br><br> WALMART, INC., a Foreign Corporation; ROE ENTITIES I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-01631-JAD-EJY <br><br> **SUBSTITUTION OF COUNSEL** |

COMES NOW, Defendant, WALMART, INC., ("Defendant" or "WALMART"), and hereby substitute KURT R. BONDS, ESQ., of the law firm of ALVERSON TAYLOR & SANDERS, as its counsel of record in place and stead of MARK R. SMITH, ESQ., and ELEANOR D. MURPHY, ESQ., of RESNICK & LOUIS, P.C. Defendant assert the attorneys from RESNICK & LOUIS, P.C., shall be removed from the electronic service list in this matter.

WHEREAS, Defendant asserts KURT R. BONDS, ESQ., of ALVERSON TAYLOR & SANDERS, be substituted as counsel for Defendant and added to the electronic service list in this case;

WHEREAS, the attorneys from RESNICK & LOUIS, P.C., MARK R. SMITH, ESQ., and ELEANOR D. MURPHY, ESQ., agree to the withdrawal and substitution; and

1  WHEREAS, KURT R. BONDS, ESQ., the attorney from
2  ALVERSON TAYLOR & SANDERS to be substituted as counsel for Defendant.
3
4  DATED this 7th day of June, 2023.   DATED this 13 day of June, 2023.
5  RESNICK & LOUIS, P.C.   ALVERSON TAYLOR & SANDERS
6  
   /s/ Kurt R. Bonds
7  MARK R. SMITH, ESQ.   KURT R. BONDS, ESQ.
   Nevada Bar No. 11872   Nevada Bar No. 6228
8  ELEANOR D. MURPHY, ESQ.   (Address) 6605 Grand Montecito Pkwy, Ste 200
   Nevada Bar No. 15071   *Attorneys for Defendant,*
9  8925 W. Russell Road, Ste. 220   *Walmart, Inc.*
   Las Vegas, NV 89148   Las Vegas, NV 89149
10 *Former Attorneys for Defendant,*   Tel: (702) 384-7000
   *Walmart, Inc.*
11
12 DATED this 13 day of June, 2023.
13 WALMART, INC.
14
15 MATTHEW BURGESS, ESQ.
   Senior Counsel
16 702 Southwest 8th Street
   Bentonville, AR 72716
17                                    IT IS SO ORDERED.
18
19
20                                    _____
                                      U.S. MAGISTRATE JUDGE
21
                                      Dated: June 13, 2023
22
23
24
25
26
27
28

2