**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Linda Weil*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WEIL, an individual; | CASE NO.: 2:21-cv-01631-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER** <br> **TO DISMISS WITH PREJUDICE** |
| vs. | |
| WALMART INC., a Foreign Corporation, and ROE ENTITIES I – X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their undersigned counsel of record, that the above-captioned case shall be dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 11th day of December, 2023.

DATED this 11th day of December, 2023.

**LAGOMARSINO LAW**

ANDRE LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, NV 89052
*Attorneys for Plaintiff Linda Weil*

**HALL & EVANS, LLC**

KURT R. BONDS, ESQ. (#6228)
MADISON M. AGUIRRE, ESQ. (#16183)
TANYA M. FRASER, ESQ. (#13872)
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorney for Defendant Walmart Inc.*

## ORDER

Based on the parties' stipulation [ECF No. 78] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS **DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
December 14, 2023

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241 • Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065